```
 1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
    KRISTA L. COSNER (State Bar No. 213338)
 2  DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
 3  San Francisco, California 94105
    Telephone: (415) 591-7500
 4  Facsimile: (415) 591-7510
 5  Attorneys for Defendants
    SMITHKLINE BEECHAM CORPORATION dba
 6  GLAXOSMITHKLINE and McKESSON
    CORPORATION
 7
```

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA FARRIS as personal representative of RONALD FARRIS (Deceased); and CARLA LEDBETTER as personal representative of JIMMIE L. LEDBETTER (Deceased),<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; and McKESSON CORPORATION,<br><br>Defendants. | Case No. CV 06<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13] |

Pursuant to Civil L.R. 3-13, defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson") submit the following Notice of Pendency of Other Action or Proceeding:

On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, directing that then-pending Avandia®-related cases be transferred and coordinated for pretrial proceedings in the United States District Court for the Eastern

District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C. §1407. To date, nearly 50 cases have been transferred to MDL 1871, and transfers of additional "tag-along" actions are pending. GSK seeks the transfer of this action to MDL 1871. Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court stay this action, pending a decision on transfer by the JPML, to achieve judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve judicial resources, and promote an efficient determination of the action.

Please take note that, in addition to MDL 1871, the following state court actions also allege marketing, sales practice and/or product liability claims against Smithkline Beecham Corporation d/b/a GlaxoSmithKline, related to the use of the prescription drug Avandia:

1. *Barnes, Sydney, Barnes, Sue Ellen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

2. *Burford, Karen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

3. *Bosak, Kenneth, Bosak, Patricia v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 000521;

4. *Carrassquillo, Jose v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

5. *Cearley, Travis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003877;

6. *Cox, Sr., Robert v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Superior Court of New Jersey, Atlantic County, No. 2-691-08;

7.   *Fabyankovic, Janet v. SmithKline Beecham Corporation, McKesson Corporation and Does 1 through 15*, Superior Court for the State of California, San Francisco County, No. 08-471571;

8.   *Farris, Theresa o/b/o Ronald Farris (dec'd) and Ledbetter, Carla o/b/o Jimmie Ledbetter (dec'd) v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline and McKesson Corporation*, Superior Court for the State of California, San Francisco County, No. 08-471345;

9.   *Fowler, Charles v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does One through Fifteen, inclusive*, Superior Court of the State of California, San Francisco County, No. 08-472715;

10.   *Garcia, Yolanda v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 001967;

11.   *Hall, Charles, Hall Susan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002712;

12.   *Hunter, Raymond v. GlaxoSmithKline, SmithKline Beecham Corporation, and GlaxoSmithKline PLC*, Court of Common Pleas, Philadelphia County, No. 000574;

13.   *Kelly, Joseph v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Supreme Court of the State of New York, Erie County, No. 12007-11066;

14.   *Killinger, Cheryl v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

15.   *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC*, Court of Common Pleas, Philadelphia County, No. 004897;

16.   *Lloyd, Linda, Lloyd, Michael (Estate of) v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Third Judicial Circuit, Salt Lake County, Utah, Case No. 070913924;

17.  *Massey, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

18.  *McClure, Benjamin, McClure, Susan v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004431;

19.  *Meneese, Leola; Meneese, Sharon v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does one through Fifteen*, Superior Court of the State of California, San Francisco County, No. 08-472716;

20.  *Parks, Josephine v. SmithKline Beecham Corporation, et al.*, Court of Common Pleas, Philadelphia County, No. 001670;

21.  *Perrenot, Preston v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002454;

22.  *Pruitt, Carolyn et al v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, Superior Court of the State of California, San Francisco County, No. 08-472503;

23.  *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002457;

24.  *Tartack, Nancy, Tartack, Louis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004010;

25.  *Thomas, Samuel, Thomas Ruth Ann v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002483;

26.  *Tuley, Dorothy v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Circuit Court of Cook County, Illinois;

27.  *Tuley, Noah (Estate of) v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002180;

28.  *White, Glenn v. SmithKline Beecham Corp., GlaxoSmithKline, and SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas,

Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397046\1

4

Notice Of Pendency Of Other Action

Case No.

1 | Philadelphia County, No. 003674;

2 |     29. *Wright, Michelle v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

    30. *Yeager, Elizabeth, et al. v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004055; and

    31. *Yogus, William, Yogus, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003669.

Dated: March 18, 2008

DRINKER BIDDLE & REATH LLP

DONALD F. ZIMMER, JR.
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397046\1

NOTICE OF PENDENCY OF OTHER ACTION

5

CASE NO.