ORIGINAL

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510                     E-filing

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11
   THERESA FARRIS as personal                Case No.
12 representative of RONALD FARRIS
   (Deceased); and CARLA LEDBETTER as        **DEMAND FOR JURY TRIAL**
13 personal representative of JIMMIE L.
   LEDBETTER (Deceased),
14
                     Plaintiffs,
15
        v.
16
   SMITHKLINE BEECHAM
17 CORPORATION dba
   GLAXOSMITHKLINE; and McKESSON
18 CORPORATION,

19                   Defendants.

20

21      Defendants SMITHKLINE BEECHAM CORPORATION dba

22 GLAXOSMITHKLINE and McKESSON CORPORATION hereby demand trial by jury

23 in this action.

24 ///

25 ///

26 ///

27 ///

28 ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1    Dated: March 13, 2008                  DRINKER BIDDLE & REATH LLP

2

3                                    DONALD F. ZIMMER, JR.
                                     KRISTA L. COSNER

4

5                                      Attorneys for Defendants
                                     SMITHKLINE BEECHAM
                                     CORPORATION dba

6                                      GLAXOSMITHKLINE and McKESSON
                                     CORPORATION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

    DEMAND FOR JURY TRIAL                                          CASE NO.