ORIGINAL

E-filing

FILED

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12 | THERESA FARRIS as personal         | Case No.
   | representative of RONALD FARRIS
13 | (Deceased); and CARLA LEDBETTER as | DISCLOSURE STATEMENT OF
   | personal representative of JIMMIE L.| McKESSON CORPORATION
14 | LEDBETTER (Deceased),              | [F.R.C.P. 7.1]

15              Plaintiffs,
16        v.
17 SMITHKLINE BEECHAM
   CORPORATION dba
18 GLAXOSMITHKLINE; and McKESSON
   CORPORATION,
19              Defendants.
20

21      The undersigned, counsel of record for Defendant McKESSON CORPORATION

22 furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

23      McKESSON CORPORATION, a publicly traded company, is the ultimate parent

24 corporation, through several levels of wholly owned subsidiaries, of defendant,

25 ///
26 ///
27 ///
28 ///

1  McKESSON CORPORATION.  No publicly held company owns ten percent or more of
2  the stock of McKESSON CORPORATION.
3
4  Dated: March 18, 2008                    DRINKER BIDDLE & REATH LLP
5
                                            _____
6                                           DONALD F. ZIMMER, JR.
                                            KRISTA L. COSNER
7
8                                           Attorneys for Defendants
                                            SMITHKLINE BEECHAM
                                            CORPORATION dba
9                                           GLAXOSMITHKLINE and McKESSON
                                            CORPORATION