ORIGINAL

FILED

'08 MAR 18 PM 2: 28

E-filing

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  THERESA FARRIS as personal            Case No.                  06
    representative of RONALD FARRIS
13  (Deceased); and CARLA LEDBETTER as    DISCLOSURE STATEMENT OF
    personal representative of JIMMIE L.  GLAXOSMITHKLINE
14  LEDBETTER (Deceased),                 [F.R.C.P. 7.1]

15                   Plaintiffs,

16         v.

17  SMITHKLINE BEECHAM
    CORPORATION dba
18  GLAXOSMITHKLINE; and McKESSON
    CORPORATION,
19
                     Defendants.
20

21         The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM

22  CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance

23  with Federal Rule of Civil Procedure 7.1.

24         GlaxoSmithKline plc, a publicly traded company, is the ultimate parent

25  corporation, through several levels of wholly owned subsidiaries, of defendant,

26  ///

27  ///

28  ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397044\1          DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                    CASE NO.

1  SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE.  No publicly

2  held company owns ten percent or more of the stock of GlaxoSmithKline plc.

3

4  Dated: March /8, 2008                    DRINKER BIDDLE & REATH LLP

5

6                                           DONALD F. ZIMMER, JR
                                            KRISTA L. COSNER

7                                           Attorneys for Defendants
                                            SMITHKLINE BEECHAM
8                                           CORPORATION dba
                                            GLAXOSMITHKLINE and McKESSON
9                                           CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2