ORIGINAL

E-filing

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11

12  THERESA FARRIS as personal              Case No.
    representative of RONALD FARRIS
13  (Deceased); and CARLA LEDBETTER as      **DEFENDANTS' CERTIFICATION OF**
    personal representative of JIMMIE L.    **INTERESTED ENTITIES OR**
14  LEDBETTER (Deceased),                   **PERSONS**
                                            **[CIV. L.R. 3-16]**
15                  Plaintiffs,

16        v.

17  SMITHKLINE BEECHAM
    CORPORATION dba
18  GLAXOSMITHKLINE; and McKESSON
    CORPORATION,
19
                    Defendants.
20

21        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

22  persons, associations of persons, firms, partnerships, corporations (including parent

23  corporations) or other entities (i) have a financial interest in the subject matter in

24  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

25  subject matter or in a party that could be substantially affected by the outcome of this

26  proceeding:

27        Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a

28  GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397045\1   DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   CASE NO.

1  ultimate parent corporation.

2      Defendant McKESSON CORPORATION knows of no such interest other than

3  that of the named parties.

4

5  Dated: March /8, 2008               DRINKER BIDDLE & REATH LLP

6

7                                      DONALD F. ZIMMER, JR.
                                    KRISTA L. COSNER

8                                      Attorneys for Defendants
                                    SMITHKLINE BEECHAM
9                                      CORPORATION dba
                                    GLAXOSMITHKLINE and McKESSON
10                                     CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\397045\1      DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS      CASE NO.