1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  THERESA FARRIS as personal              Case No. CV-08-01506-EDL
    representative of RONALD FARRIS
13  (Deceased); and CARLA LEDBETTER as      **DECLINATION TO PROCEED
    personal representative of JIMMIE L.    BEFORE A MAGISTRATE JUDGE
14  LEDBETTER (Deceased),                   AND REQUEST FOR
                                            REASSIGNMENT TO A UNITED
15                  Plaintiffs,             STATES DISTRICT JUDGE**

16          v.

17  SMITHKLINE BEECHAM
    CORPORATION dba
18  GLAXOSMITHKLINE; and McKESSON
    CORPORATION,
19
                    Defendants.
20

21  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

22          The undersigned party hereby declines to consent to the assignment of this case to

23  a United States Magistrate Judge for trial and disposition and hereby requests the

24  reassignment of this case to a United States District Judge.

25  ///

26  ///

27  ///

28  ///

1  Dated: March 28, 2008

DRINKER BIDDLE & REATH LLP

/S/ *Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION
dba GLAXOSMITHKLINE and McKESSON
CORPORATION