**United States District Court**
For the Northern District of California

1

2

3

4                                UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7    THERESA FARRIS,

            Plaintiff,                              No. C-08-01506 EDL

8
     v.                                             NOTICE OF IMPENDING
9                                                   REASSIGNMENT TO A UNITED
                                                    STATES DISTRICT COURT JUDGE
10
     SMITHKLINE BEECHAM,
11
            Defendant.
12   _____/

13        The Clerk of this Court will now randomly reassign this case to a United States District Judge

14   because either:

15   **XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge

16   or has not consented to the jurisdiction of a United States Magistrate Judge, or

17        (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary

18   restraining order) that a United States Magistrate Judge may not take without the consent of all parties,

19   the necessary consents have not been secured, and time is of the essence.

20        The CASE MANAGEMENT CONFERENCE previously scheduled for June 24, 2008, at 10:00

21   a.m. on Magistrate Judge Laporte's calendar will NOT be held.

22

23   Dated:  March 31, 2008

24                                                  Richard W. Wieking, Clerk
                                                    United States District Court
25
                                                    By: Lili M. Harrell
26                                                  Deputy Clerk

27

28