| | |
|---|---|
| 1 | ALAN J. LAZARUS (State Bar No. 129767) |
| 2 | KRISTA L. COSNER (State Bar No. 213338) |
|   | DRINKER BIDDLE & REATH LLP |
| 3 | 50 Fremont Street, 20th Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 591-7500 |
|   | Facsimile: (415) 591-7510 |
| 5 | Attorneys for Defendants |
| 6 | SMITHKLINE BEECHAM CORPORATION dba |
|   | GLAXOSMITHKLINE and McKESSON |
| 7 | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND,

Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,

Defendants.

***And related actions as listed in Attachment A.***

Case No. CV-07-05886 MHP
CV-07-05887 MHP
CV-07-05888 MHP
CV-07-05889 MHP
CV-07-05890 MHP
CV-07-05891 MHP
CV-07-06050 MHP
CV-07-06328 MHP
CV-08-01057 MHP
CV-08-01131 MHP
CV-08-01297 MHP
CV-08-01506 MHP
CV-08-01598 MHP
CV-08-01620 MHP
CV-08-01752 MHP
CV-08-01753 MHP

**NOTICE OF CHANGE IN COUNSEL**

TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION hereby designate the following attorneys from Drinker Biddle & Reath, LLP as counsel of record in this action:

1
2   ALAN J. LAZARUS (State Bar No. 129767)
    KRISTA L. COSNER (State Bar No. 213338)
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, California 94105
    Telephone: (415) 591-7500
5   Facsimile: (415) 591-7510
    Alan.Lazarus@dbr.com
6   Krista.Cosner@dbr.com

7
    The following attorney is no longer counsel of record in this action:
8
        DONALD F. ZIMMER, JR. (State Bar No. 112279)
9       Donald.Zimmer@dbr.com

10

11
    Dated: May 14, 2008                        DRINKER BIDDLE & REATH LLP
12
13                                              /s/ Alan J. Lazarus
                                                ALAN J. LAZARUS
14
                                                Attorneys for Defendants
15                                              SMITHKLINE BEECHAM
                                                CORPORATION dba
16                                              GLAXOSMITHKLINE and McKESSON
                                                CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

***Attachment A***

The Notice of Change In Counsel filed by Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, relates to the following actions:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05886 MHP;

2. *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05887 MHP;

3. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05888 MHP;

4. *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05889 MHP;

5. *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05890 MHP;

6. *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05891 MHP;

7. *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06050 MHP;

8. *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06328 MHP;

9. *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.*, Case No. CV-08-01057 MHP;

10. *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.*, Case No. CV-08-01131 MHP;

11. *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.*, Case No. CV-08-01297 MHP;

12. *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba

1. *GlaxoSmithKline, et al.,* Case No. CV-08-01506 MHP;

13. *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV- 08-01598-MHP;

14. *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01620 MHP;

15. *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* Case No. CV-08-01752 MHP;

16. *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* Case No. CV-08-01753 MHP.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400111\1

NOTICE OF CHANGE IN COUNSEL

4

CASE NO. CV-07-05886 MHP