**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 20, 2008

US District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

RE: CV 08-01506 THERESA FARRIS, ET AL..-v-SMITHKLINE BEECHAM

Dear Clerk,

    Pursuant to an MDL Order transferring the above captioned case to your court, transmitted herewith are:

☒     All docket entries/documents

☒     Transferral Order

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        *Simone Voltz*

        by: <u>Simone Voltz</u>
        Case Systems Administrator

Enclosures
Copies to counsel of record

May 20, 2008

> **These instructions are for internal court use only.**
> **Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.